IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FALVEY INGRAM, JR.,

    Plaintiff,                 No. CIV S-10-2165 KJN (TEMP) P

    vs.

HIGH DESERT STATE PRISON,

    Defendant.            ORDER

_____/

         By order filed November 12, 2010, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. Plaintiff has consented to the jurisdiction of the magistrate judge (dkt. no. 7). The thirty day period has now expired, and plaintiff has not filed an amended complaint.

         Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: February 1, 2011

                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE

Ingr2165.fta

1